# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sheila M. Dunn, | Case No. 0:22-cv-00615-NEB-JFD |
| Plaintiff, | Judge Nancy E. Brasel |
| v. | Magistrate Judge John F. Docherty |
| Associates in Psychiatry and Psychology, P.A., et al., | **NOTICE OF APPEARANCE OF DAVID L. LIEBOW** |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that the undersigned, David L. Liebow, shall appear as counsel of record for Plaintiff Sheila M. Dunn and Counterclaim Defendant River City Psychiatric Services, LLC in the above-captioned matter.

Dated:  September 22, 2022         Respectfully submitted,

*/s/ David L. Liebow*
David L. Liebow, # 392585
Godwin Dold
300 1st Ave. NW, Suite 306
Rochester, MN  55901-2830
(507) 218-8383
david@godwindold.com