IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| SHEILA M. DUNN<br><br>    Plaintiff,<br><br>V.<br><br>ASSOCIATES IN PSYCHIATRY AND PSYCHOLOGY, P.A., SETH FRANZ, AND PRIYANK RAO,<br><br>    Defendants.<br><br>ASSOCIATES IN PSYCHIATRY AND PSYCHOLOGY, P.A.<br><br>    Counter-Plaintiff,<br><br>V.<br><br>SHEILA M. DUNN, SYNERGY FAMILY PSYCHIATRIC SERVICES, LLC, AND RIVER CITY PSYCHIATRIC SERVICES, LLC<br><br>    Counter-Defendants. | Case No. 0:22-cv-00615-NEB-DJF<br><br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

  Pursuant to Local Rule 5.6(d)(1)(A)(ii), Defendants states that Exhibits R and S to the Declaration of Ellen A. Brinkman in Opposition to Dunn, Synergy, and River City's Motions for Summary Judgment contain protected health information and so is being filed under seal pursuant to the Court's Protective Order [Doc. No. 151]. The entire documents contain protected health information and redaction is impracticable.

Dated: July 10, 2023        /s/ *Luke J. Wolf*_____
                 Ellen A. Brinkman, MN Bar No. 0386578
                 Erin S. Conlin, MN Bar No. 0400036

Luke J. Wolf, MN Bar No. 0399986
Gordon Rees Scully Mansukhani, LLP
80 S. 8th Street, Suite 3850
Minneapolis, MN 55402
Ph: (612) 351-5969
ebrinkman@grsm.com
econlin@grsm.com
lukewolf@grsm.com

*Attorneys for Defendants Associates in Psychiatry and Psychology, P.A., Seth Franz, and Dr. Priyanka Rao*